## SAVANNAH, THUNDERBOLT & ISLE OF HOPE RAILWAY *v.* MIDDLETON.

*Simmons, C. J.*—There being no complaint of any error of law, and the case depending entirely upon questions of fact as to which the evidence was conflicting, and the trial judge being satisfied with the verdict, this court will not overrule his discretion in refusing to grant a new trial.    *Judgment affirmed.*
August 3, 1896.

Action for damages.    Before Judge MacDonell.    City court of Savannah.    November term, 1895.

*Saussy & Saussy* and *Barrow & Osborne*, for plaintiff in error.    *McAlpin & LaRoche*, contra.